# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BELMONT UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:11-cv-0861 |
| v. ) | |
| ) | Judge Trauger |
| PENNSYLVANIA MANUFACTURERS' ) | |
| INDEMNITY COMPANY D/B/A ) | Magistrate Judge Brown |
| PMA INSURANCE GROUP, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that they have reached a resolution and entered into a settlement agreement and that this case should be dismissed with prejudice with each party bearing its own attorneys' fees and costs.

Respectfully submitted,

*/s/ John L. Farringer*
John L. Farringer IV (No. 22783)
SHERRARD & ROE, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
(615) 742-4200

*Attorneys for Belmont University*

*/s/ John S. Little w/p JLF*
John S. Little (No. 14941)
Waldrop & Hall, P.A.
106 South Liberty Street
Jackson, Tennessee 38301
(731) 424 6211

*Attorneys for Pennsylvania Manufacturers' Indemnity Company d/b/a PMA Insurance Group*

## CERTIFICATE OF SERVICE

       Service of the foregoing was accomplished through the Court's Electronic Filing System on this 27th day of June, 2012, upon the following:

John S. Little
Waldrop & Hall, P.A.
106 South Liberty Street
Jackson, Tennessee  38301
littlej@waldrophall.com

                                                  */s/ John L. Farringer*