IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Belmont University, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:11-cv-00861 |
| ) | |
| Pennsylvania Manufacturers' Indemnity ) | |
| Company d/b/a PMA Insurance Group ) | |
| ) | |
| Defendants. ) | |

## MEDIATOR'S REPORT TO THE COURT

| | |
|---|---|
| 1. Did all required parties attend the conference? | YES |
| 2. Was the case settled at the conclusion of the conference? | YES |
| 3. Was the mediation continued with the consent of the parties? | NO |
| 4. Was the mediation terminated without a settlement? | NO |
| 5. Case was settled with the assistance of the mediator approximately one month after the mediation conference. | NO |

I.C. Waddey, Jr.
Mediator
August 6, 2012